IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GUS A. McCOVERY, AIS 150038, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 11-0553-CG-C |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of all issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 12, 2013, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 11th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE